UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: **GLORINO FULARON,**

Debtor(s)

Bankruptcy No.: **10-58475**
R.S. No.: **RS-MBS-001**
Hearing Date: **September 29, 2010**
Time: **2:15 P.M.**

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: **8/16/10**   Chapter: **13**
    Prior hearings on this obligation: **None**   Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____          Source of value: _____
   Contract Balance:       $_____          Pre-Petition Default:   $_____
   Monthly Payment:        $_____          No. of months: _____
   Insurance Advance:      $_____          Post-Petition Default:  $_____
                                            No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): **SFR, Pismo Beach, CA**

   Fair market value: $ **618,031**      Source of value: **Trustee's sale 8/16/10**      If appraisal, date:_____

   Moving Party's position (first trust deed, second, abstract, etc.): **Moving party is a Good Faith Purchaser**

   Approx. Bal.            $_____          Pre-Petition Default:   $_____
   As of (date): _____                     No. of months: _____
   Mo. payment:            $_____          Post-Petition Default:  $_____
   Notice of Default (date): _____         No. of months: _____
   Notice of Trustee's Sale: _____         Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.): **Unknown**

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: **Moving party is buyer at trustee's sale held 5 minutes post-petition; seeks retroactive relief from stay in order to affirm sale**

Dated: **September 1, 2010**                   **/S/MICHAEL B. STONE, ESQ.**
                                               Signature
                                               **MICHAEL B. STONE, ESQ.**
                                               Print or Type Name

                                               Attorney for **Intervenor, ANDRE SOUANG**

```
1   MICHAEL B. STONE, ESQ., Bar #160177
    Attorney at Law
2   3020 Old Ranch Parkway, Suite 300
    Seal Beach, CA 90740
3   (310) 776-7500
    (310) 861-0647 Fax
4   michael.b.stone@att.net

5   Attorney for Intervenor
    ANDRE SOUANG
6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  In re:                        )   Case No. 10-58475
                                  )
13  GLORINO FULARON,              )   Chapter 13
                                  )
14      Debtor;                   )   **MOTION FOR RETROACTIVE RELIEF**
    _____)   **FROM AUTOMATIC STAY**
15  ANDRE SOUANG,                 )
                                  )   (11 USC § 362(d))
16      Intervenor.               )
                                  )   Date: September 29, 2010
17                                )   Time: 2:15 P.M.
                                  )   Ctrm: 3035
18                                )
                                  )   Assigned to:
19  _____)   Hon. Arthur S. Weissbrodt

20

21      TO DEBTOR, GLORINO FULARON, AND TO ALL INTERESTED PARTIES

22  AND THEIR ATTORNEYS OF RECORD:

23      Intervenor, ANDRE SOUANG, hereby moves the Court for

24  relief from the automatic stay, retroactive to the date and

25  time this action was filed; and for an order affirming the

26  Trustee's Sale held August 16, 2010 as to the real property

27  known as 215 Foothill Road, Pismo Beach, California.

28  / / /
```

1    This Motion is made pursuant to Title 11, *United States*
2    *Code*, Section 362(d), for good cause, and upon the following
3    grounds:
4        1) GLORINO FULARON's August 16, 2010 filing of a Chapter
5    13 Voluntary Petition is a sham filing and is insufficient to
6    qualify him as a Debtor or to otherwise constitute a legal
7    basis for the imposition or commencement of the automatic stay.
8        2) GLORINO FULARON has no equity in the subject real
9    property, and his retention of the subject real property is not
10   required for an effective reorganization (11 USC § 362(d)(2)).
11   Moving party is informed and believes that GLORINO FULARON has
12   failed to maintain post-petition payments on the obligation
13   that secures the subject real property.  GLORINO FULARON is not
14   in compliance with the Court's August 17, 2010 Order for
15   Dismissal for failure to file a Chapter 13 plan.
16       3) GLORINO FULARON's latest bankruptcy filing is part of a
17   scheme to hinder or delay creditors (11 USC § 362(d)(4)).
18       This Motion is based on the separately filed Notice of
19   Hearing and Memorandum of Points and Authorities; the
20   separately filed supporting declarations of ANDRE SOUANG and
21   MICHAEL B. STONE, and materials attached thereto; the
22   pleadings, papers and records of this action; and such oral
23   and/or documentary materials as may be presented at the
24   hearing.
25   / / /
26
27
28

1     TO GLORINO FULARON: You are advised to appear at the
2 hearing on this motion, either personally or by counsel.
3 Dated: September 1, 2010     **LAW OFFICES OF MICHAEL B. STONE**

5     /S/MICHAEL B. STONE
    Attormey at Law
6     Attorney for Intervenor
    ANDRE SOUANG