UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

FILED

JUL 11 2011

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

In re: GLORINO F. FULARON

Debtor

BAP No. NC-10-1428-JuHPa

---

ANDRE SOUANG

Appellant

v.

GLORINO F. FULARON

Appellee

Bankr. No. 10-58475
Chapter 13

July 11, 2011

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Northern - San Jose.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is VACATED AND REMANDED.

FOR THE PANEL,

Susan M Spraul
Clerk of Court
By: Edwina Clay, Deputy Clerk

Date: July 11, 2011

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk